FILED

2005 Apr-18  PM 03:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **ANTHONY T. COOPER,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **vs.** ) | **Civil Action No.  CV 04-HGD-2524-NE** |
| ) | |
| **NUCOR CORPORATION, et al.,** ) | |
| ) | |
| **Defendants** ) | |

# O R D E R

On March 18, 2005, the magistrate judge's report and recommendation was entered with respect to defendants' Motion to Dismiss Individually Named Defendants and defendants' Motion for Entry of Order on Motion to Dismiss Individually Named Defendants, and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. On April 4, 2005, defendants filed objections to the magistrate judge's report and recommendation.[1]

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

---

[1] While defendants, out of an abundance of caution, object to what they construe as possible findings of fact by the magistrate judge, it is clear that the recitation in the report and recommendation is nothing more than a statement of the allegations in the plaintiff's complaint rather than any findings of fact.  Defendants state in their objections that they agree with the ultimate conclusion and recommendation by the magistrate judge.

ORDERED, ADJUDGED and DECREED that the Motion to Dismiss Individually Named Defendants is due to be and hereby is GRANTED, and all claims of plaintiff against defendants Daniel R. DiMicco, John Ferriola, Rex Query, Mike Kridner, and Carol McNeese hereby are DISMISSED as defendants from this action. It is further ORDERED, ADJUDGED and DECREED that the Motion for Entry of Order on Motion to Dismiss Individually Named Defendants is GRANTED.

The clerk is directed to return this file to the Magistrate Judge for further proceedings.

DONE this 18th day of April, 2005.

_____
United States District Judge